MARCH 25, 2015

MICHAEL RAY CHANDLER JR # 1875978
ESTELLE UNIT
264 FM 3478
HUNTSVILLE TX. 77320

PD-1447-14

COA NO. 03-13-00582-CR
TRIAL COURT NO. CR2011-365
PD-1447-14

RE: 682.45 RIGHT TO THE TRIAL TRANSCRIPT.

RECEIVED IN
COURT OF CRIMINAL APPEALS

3 6 2015

Abel Acosta, Clerk

DEAR CLERK,

ITS REALLY A LOOSING BATTLE BEING TOO POOR TO HIRE A FAIR AND PROPER DEFENSE ATTORNEY, ITS ALSO VERY PREJUDICE FOR THE DISTRICT COURT'S CLERK TO DENY ME THE RIGHT TO THE TRIAL TRANSCRIPT. SEE: 682.45 RIGHT TO THE TRIAL RECORD OR TRANSCRIPT. "We hold that a criminal defendant who clearly and unequivocally asserts this right to present PRO SE BRIEFS on the 1ST DIRECT APPEAL must be allowed to preserve actual control over the case he chooses to present to Appellant Court ie... He must be allowed to determine the content of his appellant brief. See: McKASKLE, 465 U.S. AT 178, 104 S.Ct. AT 951 ( IF THE 207th JUDICIAL DISTRICT COURT OF COMAL COUNTY, NEW BRAUNFELS TX, SUBSTANTIALLY DENIES ME THE RIGHT TO MY TRIAL TRANSCRIPT, IN FILING MY DIRECT APPEAL "APPEAL FOR DISCRETIONARY REVIEW" & IN FILING MY 11.07 WRIT OF HABEAS CORPUS, IT PREJUDICE & INTERFEARS WITH A PRO SE APPELLANT'S PRESENTATION OF MY NOW 11.07 & PRIOR FILINGS'. By denying me access to the TRANSCRIPT, the right to present PRO SE BRIEF on my 11.07 Writ of habeas corpus will be effectively denied.

The district clerk refuses to reply to any of my requests' for a copy of my trial transcript, the appointed

- over -

direct appeal attorney Michael A. Mark totally betray by not working together with me, but acted on his own and filed a meaningless brief and quit practicing law when I filed a state Bar Grievance against him & to make matters worste " the brief was heard & denied even though I clearly made several attempts to have YOU THE 3RD COURT OF APPEAL'S CLERK to "cancel and dissmiss "his" brief off record and appoint me another attorney before the brief was heard;" Just seems like you all worked together against my civil rights. But although I stand no chance against the Powers of your court system of the State, I still have NOT A COPY OF MY TRIAL TRANSCRIPT and I can't afford to pay for them B/C I'm too poor and I have until Nov 2015 to file my 11.07 Writ of habeas Corpus, Which again will be meaningless w/o the Trial Transcript. Can You please interveen & personally contact the district Clerk and request that a copy be sent to me so I can properly file my 11.07 Writ of habeas Corpus? Next Question, "there was a law passed from what I hear, that appoints a court appointed appellant attorney to help file the 11.07 Writ, Can you please send me the proper law passed and application to fill out. Respectfully Submitted, Michael R. Chandler